# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  NO. 4:03CR00254-001 SWW

JAMES BRYAN LEWIS

### ORDER

The above entitled cause came on for hearing on petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of admissions by defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion is granted, and the supervised release previously granted this defendant, be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TWELVE (12) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in the facility located in Texarkana or as close to Little Rock, Arkansas, as possible, and that he participate in a residential or non-residential substance abuse treatment program during incarceration.

Upon release from imprisonment, defendant shall serve a term of supervised release of ONE (1) YEAR, to be on the same terms and conditions as previously ordered in this matter. In addition, defendant shall participate under the guidance and supervision of the U. S. Probation Office in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further,

defendant shall abstain from the use of alcohol throughout the course of any treatment.

All other terms and conditions of defendant's previously imposed sentence remain in full force and effect.

The defendant is remanded to the custody of the U. S. Marshal to immediately begin service of the sentence imposed in this matter.

IT IS SO ORDERED this 20th day of March, 2007.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE